1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9  Steven Peralta,

No. CV-21-00762-PHX-SMB

10            Plaintiff,

**ORDER OF DISMISSAL**

11  v.

12  Intel Corporation,

13            Defendant.

14

15     The Court having reviewed the parties' Stipulation for Dismissal with Prejudice

16  (Doc. 32) and good cause appearing,

17     **IT IS HEREBY ORDERED** dismissing this action in its entirety, with prejudice,

18  each party to bear their own attorneys' fees and costs.

19     **IT IS FURTHER ORDERED** directing the clerk of the Court to terminate this

20  action.

21     Dated this 30th day of March, 2022.

22

23

24

_____
Honorable Susan M. Brnovich
United States District Judge

25

26

27

28